[No. 29220-0-I.   Division One.   April 26, 1993.]

EVAN MORRIS, *Respondent*, v. THOMAS R. MAKS,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-02695-7, J. Kathleen Learned, J., entered September 13, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster, C.J., and Grosse, J. Now published at 69 Wn. App. 865.

[No. 11529-1-III.   Division Three.   April 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE
HIGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-1-00261-0, Carolyn A. Brown, J., entered March 29, 1991. *Vacated* and *remanded* by unpublished opinion per Shields, C.J., concurred in by Munson and Thompson, JJ.

[No. 12282-4-III.   Division Three.   April 27, 1993.]

SSG CORPORATION, ET AL, *Respondents*, v. DONALD S.
CUNNINGHAM, JR., *Appellant*, KATHARINE S.
GWINN, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 90-2-00247-3, Michael E. Cooper, J., entered January 17, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.